# BRACEWELL

July 1, 2020

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Michael Gyure, 19-cr-00016</u>

Dear Judge Buchwald:

      We submit this letter on behalf of Michael Gyure, who was sentenced last year by the Court and is due to complete his term of supervised release on July 8, 2020.  We have been informed by pretrial services that in order for Mr. Gyure to regain possession of the two passports he surrendered upon his arrest, an order is required from the Court.  Accordingly, we respectfully request that that Court direct pretrial services to permit Mr. Gyure to pick up his passports from their office as of July 8, 2020.

Respectfully submitted,

/s Paul Shechtman

Paul Shechtman
Partner

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: July 2, 2020

cc:    Sheb Swett, Esq. (via ECF)

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC